People v Hill (2025 NY Slip Op 05097)

People v Hill

2025 NY Slip Op 05097

Decided on September 24, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 24, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

COLLEEN D. DUFFY, J.P.
ROBERT J. MILLER
BARRY E. WARHIT
LAURENCE L. LOVE, JJ.

2023-02655

[*1]The People of the State of New York, respondent,
v
Duane Hill, appellant. (S.C.I. No. 70030/23)

Patricia Pazner, New York, NY (Joshua M. Levine of counsel), for appellant.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove, Jean M. Joyce, and Ann Bordley of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the Supreme Court, Kings County (Laura R. Johnson, J.), rendered February 23, 2023, convicting him of criminal possession of a firearm, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
Contrary to the defendant's contention, the record demonstrates that he knowingly, voluntarily, and intelligently waived his right to appeal (see People v Thomas, 34 NY3d 545; People v Stevens, 203 AD3d 958). The defendant's valid waiver of his right to appeal precludes appellate review of his contention that in light of New York State Rifle & Pistol Assn., Inc. v Bruen (597 US 1), Penal Law §§ 265.03(3) and 265.01-b(1) and 265.01 and Administrative Code of the City of New York § 10-131(i)(3) are unconstitutional (see People v Walcott, 238 AD3d 1177; People v Victor, 235 AD3d 783, 784).
DUFFY, J.P., MILLER, WARHIT and LOVE, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court